**ABV** Allegaert Berger & Vogel LLP

David A. Berger
Direct: 212.616.7080
dberger@abv.com

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

July 23, 2021

**BY ECF**

Mazin A. Sbaiti, Esq.
Sbaiti & Company, PLLC
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201

*Black Mountain Equities, Inc. v. American Stock Transfer & Trust Company, LLC*
(Case No. 1:21-cv-01791-WFK-TAM)

Dear Mazin:

On behalf of Defendant American Stock Transfer & Trust Company, LLC ("AST"), I have attached AST's Notice of Motion, Memorandum of Law in support of AST's motion to dismiss Plaintiff's Complaint and the supporting Declaration of David A. Berger. Pursuant to Rule III(G)(1) of the Court's Individual Motion Practices and Rules, only this letter but not the attached moving papers will be filed by ECF; we will then file these papers together with our reply papers once the motion has been fully briefed.

Sincerely,

David A. Berger

Attachments